## ELAM v. STATE.   (No. 6280.)

(Court of Criminal Appeals of Texas.   April 13, 1921.)

Appeal from Dallas County Court at Law; T. A. Work, Judge.

Lawrence Elam was convicted of aggravated assault, and he appeals.   Affirmed.

R. H. Hamilton, Asst. Atty. Gen., for the State.

HAWKINS, J.   Appellant was convicted in the county court of Dallas county of aggravated assault, and his punishment assessed at confinement in the county jail for a term of one year.

The record before us contains neither statement of facts nor bills of exceptions. The complaint and information charges an offense, and no irregularity of any kind appears which would necessitate a reversal of the case, and the judgment of the trial court will be affirmed.

═══════

## BAREFIELD v. BASHAM et al.

## GULF PRODUCTION CO. v. SAME.

### (No. 1212.)

(Court of Civil Appeals of Texas.   El Paso. April 21, 1921.)

Error and Appeal from District Court, Eastland County; W. W. Beall, Special Judge.

Actions between T. E. Barefield and Mrs. L. A. Basham and others, and between the Gulf Production Company and Mrs. L. A. Basham and others, were consolidated. From the judgment rendered, the Gulf Production Company appeals, and T. E. Barefield brings error. Judgment affirmed.

Slay, Simon & Smith and Walter L. Morris, all of Fort Worth, for plaintiff in error and for appellant.

Carl P. Springer, C. Nugent, and Scott, Brelsford & Smith, all of Eastland, and R. E. Hardwicke, of Fort Worth, for defendants in error and for appellees.

HIGGINS, J.   From a judgment rendered in the district court of Eastland county the Gulf Production Company appeals, and T. E. Barefield prosecutes a writ of error.   There are no assignments of error, no bills of exception, no briefs, and no statement of.facts.

Finding no fundamental error, the judgment is affirmed.

═══════

## FORT WORTH & R. G. RY. CO. v. RATLIFF & EVANS.   (No. 6338.)

(Court of Civil Appeals of Texas.   Austin. March 30, 1921.)

Appeal from Brown County Court, R. E. Lee, Judge.

Action by Ratliff & Evans against the Fort Worth & Rio Grande Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Goree, Odell & Allen, of Fort Worth, and McCartney, Foster & McGee, of Brownwood, for appellant.

E. J. Miller, of Brownwood, for appellee.

KEY, C. J.   This is a county court case, in which the plaintiffs recovered a verdict and judgment for $475, for damages to certain live stock, shipped from Brownwood to Fort Worth, Tex.   As presented to this court, the case is neither complex nor difficult of decision.   In fact, most of the questions presented have heretofore been decided against appellant's contention.

All the assignments of error have been duly considered, and our conclusion is that the judgment should be affirmed; and it is so ordered.

Affirmed.

BRADY, J., concurs.

JENKINS, J., did not sit in this case.